UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS X. KOTAB,<br><br>    Plaintiff,<br><br>v.<br><br>EIGHTH JUDICIAL DISTRICT COURT, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00324-MMD-NJK<br><br>**Order**<br><br>[Docket No. 5] |

Pending before the Court is Plaintiff's motion to file electronically. Docket No. 5. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

For good cause shown, Plaintiff's motion is **GRANTED** subject to the following:

- No later than March 20, 2024, Plaintiff must file a certification that he completed a CM/ECF tutorial,[1] and that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[2]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

---

[1] This District does not currently have such a tutorial, but one is available through the Northern District of California's website, which can be found at https://cand.uscourts.gov/cases-e-filing/cm-ecf/e-filing-my-documents/tutorial/. The guidance provided therein is generally also applicable to filings in this District. Nonetheless, instructions specific to that court (such as the website address for filings in that District) do not apply to cases in this District.

[2] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: February 21, 2024

_____
Nancy J. Koppe
United States Magistrate Judge